# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

PAGE DAVID PENK, )
)
    Plaintiff, )
v. ) Civil Action No. 1:19-cv-03745 (UNA)
)
)
DONALD JOHN TRUMP, )
)
    Defendant. )

## MEMORANDUM OPINION

This matter is before the court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The court will grant the *in forma pauperis* application and dismiss the case pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), which allows for dismissal of a plaintiff's complaint which fails to state a claim upon which relief can be granted or is frivolous or malicious.

"A complaint must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007)). A complaint that lacks "an arguable basis either in law or in fact" is frivolous. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see also Crisafi v. Holland*, 655 F.2d 1305, 1309 (D.C. Cir. 1981) (holding same).

The complaint, in its current form, is incomprehensible. Plaintiff, a resident of Trinidad, Colorado, sues the President of the United States. The complaint contains, for example, rambling ruminations on various wars, weapons, the *Wizard of Oz*, and the "Treaty of Disney Land." The causes of action and relief sought are entirely incoherent. A court may dismiss a complaint as frivolous "when the facts alleged rise to the level of the irrational or the wholly incredible," *Denton*

1

v. *Hernandez*, 504 U.S. 25, 33 (1992), or "postulat[e] events and circumstances of a wholly fanciful kind," *Crisafi*, 655 F.2d at 1307-08.

In addition to failing to state a claim for relief, the complaint is deemed frivolous on its face. Consequently, the complaint and this case will be dismissed. A separate order accompanies this memorandum opinion.

Date: 1/23/20

United States District Judge